In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00034-CV


______________________________




HARVEY BANKS, AS REPRESENTATIVE OF


THE ESTATE OF ANGELA MICHELLE BANKS, Appellant



V.



KENNETH WILLIS AND CONNIE WILLIS, Appellees




 


On Appeal from the 102nd Judicial District Court


Bowie County, Texas


Trial Court No. 098-C1759-102




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Ross



MEMORANDUM OPINION



 Harvey Banks, as representative of the estate of Angela Michelle Banks, appellant,
and Kenneth Willis and Connie Willis, the remaining appellees, have filed a joint motion
asking to terminate this appeal and remand to the trial court for settlement pursuant to their
agreement. Under the authority of Tex. R. App. P. 42.1(a), we grant the motion.

 We dismiss the appeal and remand the cause to the trial court.


 Donald Ross

 Justice


Date Submitted: September 3, 2003

Date Decided: September 4, 2003



ing bodily injury.

 We addressed this issue in detail in our opinion of this date on Whytus' appeal in cause
number 06-08-00167-CR. For the reasons stated therein, we likewise conclude that error has not
been shown in this case.

 We affirm the judgment. 


 Josh R. Morriss, III

 Chief Justice


Date Submitted: February 26, 2009

Date Decided: February 27, 2009


Do Not Publish
1. Whytus appeals from seven convictions, all for aggravated assault with a deadly weapon,
cause numbers 06-08-00167-CR through 06-08-00173-CR.